This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**WM SPECIALTY MORTGAGE, LLC,**

Plaintiff/Counterdefendant-Appellee,

v.                                                    **No. 35,166**

**GREG JOHNSON, a/k/a**
**GREGORY P. JOHNSON; and**
**OLGA JOHNSON,**

Defendants/Counterclaimants-Appellants,

and

**HOME LOAN SERVICES, INC.,**
**f/k/a NATIONAL CITY MORTGAGE CO.,**

Defendants,

and

**GREG JOHNSON and OLGA JOHNSON,**

Third-Party Plaintiffs,

v.

**ACCREDITED HOME LENDERS, INC.;**
**NATIONWIDE CREDIT, INC.;**
**BANK OF AMERICA HOME LOANS;**

**WM SPECIALTY MORTGAGE, LLC;**
**NATIONAL CITY MORTGAGE, INC.;**
**FINANCIAL MORTGAGE GROUP, LLC;**
**and MORTGAGE ELECTRONIC**
**REGISTRATION SYSTEMS, INC.,**
        Third-Party Defendants.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Nan G. Nash, District Judge**

Montgomery & Andrews, P.A.
Seth C. McMillan
Santa Fe, NM

Quilling, Selander, Lownds Winslett & Moser, P.C.
Marcie L. Schout
Dallas, TX

for Appellee WM Specialty Mortgage, LLC

JRSPC, LLC
Joshua R. Simms
Albuquerque, NM

for Appellants and Third-Party Plaintiffs Greg and Olga Johnson

**MEMORANDUM OPINION**

**VIGIL, Judge.**

{1}     Defendants-Appellants Greg Johnson and Olga Johnson ("Appellants") seek to appeal from two district court orders: the first one granting summary judgment to Plaintiff-Appellee WM Specialty Mortgage, LLC ("WM"), and Third-Party Defendant Mortgage Electronic Registration Systems, Inc. ("MERS"), [4 RP 1068] and the second one denying Appellants' motion to dismiss. [4 RP 1070] [DS unnumbered 1]

Summary dismissal was proposed for lack of a final order, and we additionally proposed to calendar this case on the merits if a final order was submitted to this Court within the time for filing a memorandum in opposition. On August 29, 2016, WM filed an unopposed motion for extension of time to obtain a final order, and an extension was granted until September 29, 2016. A second request for extension of time was filed by WM, and an extension was granted until October 31, 2016. No further extension requests were made, and a final order has not been filed in this Court.

{2}    Because no final order has been submitted to this Court, and the time for doing so has expired, we dismiss the appeal.

{3}    **IT IS SO ORDERED.**

{4}    **DISMISSED.**


_____
**MICHAEL E. VIGIL, Judge**


**WE CONCUR:**


_____
**JAMES J. WECHSLER, Judge**


_____
**J. MILES HANISEE, Judge**